RODNEY MESRIANI (SBN 184875)
rodney@mesriani.com
SEVANA NOURIAN (SBN 353886)
sevana@mesriani.com
MESRIANI LAW GROUP
A PROFESSIONAL LAW CORPORATION
510 Arizona Avenue
Santa Monica, CA 90401
Tel:   (310) 826-6300
Fax:   (310) 820-1258

Attorneys for Plaintiff
PAMELA ROLLE

[*Additional counsel on next page*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA ROLLE, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC., a California Corporation; ALEXIS NOLEN, an Individual; and DOES 1 through 50, Inclusive,<br><br>Defendants. | **CASE NO.:** 2:25-CV-09167-MCS-MAR<br><br>**JOINT STIPULATION TO EXTEND NON-EXPERT DISCOVERY CUT-OFF AND MOTION FOR SUMMARY JUDGMENT BRIEFING DEADLINES**<br><br>Complaint Filed: July 31, 2025<br>Trial: November 17, 2026 at 8:30 a.m. |

1

JOINT STIPULATION TO EXTEND NON-EXPERT DISCOVERY CUT-OFF AND MOTION
FOR SUMMARY JUDGMENT BRIEFING DEADLINES

SEYFARTH SHAW LLP
Heriberto Alvarez, Jr. (SBN 307048)
halvarez@seyfarth.com
Julia S. Gordon (SBN 357186)
jsgordon@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
ALASKA AIRLINES, INC.

2

JOINT STIPULATION TO EXTEND NON-EXPERT DISCOVERY CUT-OFF AND MOTION
FOR SUMMARY JUDGMENT BRIEFING DEADLINES

**TO THE HONORABLE COURT:**

Pursuant to the Court's Scheduling Order and Initial Standing Order for Civil Cases Assigned to Judge Mark C. Scarsi, Plaintiff Pamela Rolle ("Plaintiff") and Defendant Alaska Airlines, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. WHEREAS, on December 2, 2025, this Court issued its Scheduling Order setting the non-expert discovery cut-off for June 15, 2026, and the last date to hear dispositive motions for July 20, 2026, with the motion for summary judgment due at least five weeks before the hearing, opposition due two weeks after the motion is filed, and reply due one week after opposition is filed;

2. WHEREAS, Plaintiff has noticed the depositions of Defendant fact witness Alexis Nolen and Defendant's corporate representative pursuant to Federal Rule of Civil Procedure 30(b)(6), both of which are currently scheduled for June 15, 2026;

3. WHEREAS, the testimony of Alexis Nolen — who served as Performance Supervisor and is alleged to have assessed improper disciplinary points against Plaintiff and to have played a central role in the events leading to Plaintiff's termination — is material to Plaintiff's claims and essential to any opposition to a motion for summary judgment;

4. WHEREAS, the Rule 30(b)(6) deposition of Defendant's corporate representative is similarly essential to Plaintiff's preparation on matters including Defendant's FMLA and attendance policies, disciplinary practices, and the decision to terminate Plaintiff's employment;

JOINT STIPULATION TO EXTEND NON-EXPERT DISCOVERY CUT-OFF AND MOTION FOR SUMMARY JUDGMENT BRIEFING DEADLINES

5. WHEREAS, Plaintiff's lead counsel, Sevana Nourian, is currently unable to work due to a family medical emergency: Ms. Nourian's father is in critical condition and currently hospitalized, requiring her immediate and ongoing personal attention; as a result, Ms. Nourian has been unable to conduct the above-noticed depositions, engage in substantive case work, or otherwise meet the current June 15, 2026 non-expert discovery cut-off;

6. WHEREAS, this emergency arose without warning, and Defendant's counsel has graciously agreed that an extension is warranted under the circumstances;

7. WHEREAS, the parties further agree that an extension of Defendant's MSJ filing deadline is necessary so that Plaintiff has adequate time to complete the depositions of Alexis Nolen and Defendant's 30(b)(6) representative and incorporate that testimony into her opposition brief; Plaintiff's opposition shall be due two weeks after Defendant files its MSJ, and Defendant's reply shall be due seven days after Plaintiff files her opposition, consistent with the Court's Scheduling Order — ensuring that the standard briefing intervals are preserved and no party obtains an unfair scheduling advantage;

8. WHEREAS, good cause exists for the requested extension, the extension is the minimum necessary to accomplish the above objectives, and no party will be prejudiced; and

9. WHEREAS, the parties previously filed two joint stipulations to continue the trial date and other pretrial deadlines in this matter, both of which the Court denied. This request is distinct. The parties are not seeking to continue the trial date. This is the first and only request to solely extend the non-expert discovery

JOINT STIPULATION TO EXTEND NON-EXPERT DISCOVERY CUT-OFF AND MOTION FOR SUMMARY JUDGMENT BRIEFING DEADLINES

cut-off and MSJ briefing deadlines, and the parties are fully committed to proceeding to trial on November 17, 2026 as scheduled. The requested 45-day extension is narrowly tailored to address the specific emergency described herein and will not affect the trial date or the Court's broader pretrial schedule.

NOW, THEREFORE, IT IS HEREBY STIPULATED between the parties, by and through their respective counsel of record, and subject to an order from the Court, that the following deadlines be extended as set forth below:

| Event | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| Non-Expert Discovery Cut-Off | June 15, 2026 | July 30, 2026 |
| Last Day to File MSJ | June 15, 2026 | August 10, 2026 |
| Plaintiff's MSJ Opposition | June 29, 2026 | August 24, 2026 |
| Defendant's MSJ Reply | July 6, 2026 | August 31, 2026 |
| Last Date to Hear MSJ | July 20, 2026 | September 14, 2026 |

All other pretrial deadlines and the trial date of November 17, 2026 remain unchanged.

IT IS SO STIPULATED.

/ / /

/ / /

JOINT STIPULATION TO EXTEND NON-EXPERT DISCOVERY CUT-OFF AND MOTION FOR SUMMARY JUDGMENT BRIEFING DEADLINES

Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 3, 2026                         **MESRIANI LAW GROUP, A PLC.**

                                            /s/ *Sevana Nourian*

                                    By: _____
                                            SEVANA NOURIAN, ESQ.
                                            Attorney for Plaintiff PAMELA
                                            ROLLE

Dated: June 3, 2026                         **SEYFARTH SHAW LLP**

                                            /s/ *Heriberto Alvarez, Jr.*

                                    By: _____
                                            HERIBERTO ALVAREZ, JR.
                                            ESQ.
                                            JULIA S. GORDON, ESQ.
                                            Attorneys for Defendant
                                            ALASKA AIRLINES, INC.

JOINT STIPULATION TO EXTEND NON-EXPERT DISCOVERY CUT-OFF AND MOTION FOR SUMMARY JUDGMENT BRIEFING DEADLINES