**NOTE CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA ROLLE, an Individual, | ) **CASE NO.:** 2:25-cv-09167-MCS-MAR |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING IN PART JOINT STIPULATION TO EXTEND NON-EXPERT DISCOVERY CUT-OFF AND MOTION FOR SUMMARY JUDGMENT BRIEFING DEADLINES (ECF No. 20)** |
| ALASKA AIRLINES, INC., a California Corporation; ALEXIS NOLEN, an Individual; and DOES 1 through 50, Inclusive, | ) |
| | ) Complaint Filed: July 31, 2025 |
| Defendants. | ) Trial: November 17, 2026 at 8:30 a.m. |

Having read and considered the parties' Joint Stipulation to Extend Non-Expert Discovery Cut-Off and Motion for Summary Judgment Briefing Deadlines, the Declaration of Sevana Nourian filed in support thereof, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. The Joint Stipulation is **GRANTED IN PART**.

1

2.  The following deadlines are hereby extended as set forth below:

| Event | Current Deadline | New Deadline |
|---|---|---|
| **Deadline to complete depositions of Alexis Nolen and Defendant's Rule 30(b)(6) witness[1]** | June 15, 2026 | **July 6, 2026** |
| Last Day to File MSJ | June 15, 2026 | **July 6, 2026** |
| Plaintiff's MSJ Opposition | June 29, 2026 | **July 20, 2026** |
| Defendant's MSJ Reply | July 6, 2026 | **July 27, 2026** |
| Last Date to Hear MSJ | July 20, 2026 | **August 10, 2026** |

**No further extensions will be granted based on the cause presented in the stipulation. If Ms. Nourian is unable to move the case forward in this critical stage of the litigation, the Court expects Rodney Mesriani to fulfill his role as co-lead counsel. (*See* Joint Rule 26(f) Report 8, ECF No. 11.)**

/ / /

/ / /

---

[1] **No other discovery may be taken after the non-expert discovery cut-off of June 15, 2026.**

2

ORDER GRANTING <u>IN PART</u> JOINT STIPULATION TO EXTEND NON-EXPERT DISCOVERY CUT-OFF AND MOTION FOR SUMMARY JUDGMENT BRIEFING DEADLINES

3.  All other pretrial deadlines and the jury trial date of November 17, 2026, at 8:30 a.m. remain unchanged.

IT IS SO ORDERED.

Dated: June 5, 2026

By: _____

MARK C. SCARSI

UNITED STATES DISTRICT JUDGE

3

ORDER GRANTING <u>IN PART</u> JOINT STIPULATION TO EXTEND NON-EXPERT DISCOVERY CUT-OFF AND MOTION FOR SUMMARY JUDGMENT BRIEFING DEADLINES